Certificate Number: 14424-PAE-DE-036934101

Bankruptcy Case Number: 22-12641



14424-PAE-DE-036934101

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 27, 2022, at 1:51 o'clock PM EDT, Robin Novak completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 27, 2022                By:    /s/Mabelyn  Ramirez

                                                                         Name:  Mabelyn  Ramirez

                                                                         Title:   Instructor