**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Robin Novak | | |
| DEBTOR | : | BKY. NO. 22-12641-mdc |

**Statement Pursuant to §521 (A) (1) (iv)**

Section §521 (A) (1) (iv) of the Code requires copies of all payment advices or other evidence of payment received within 60 days by the debtor(s) from any employer; however, neither debtor(s) had an employer within that time frame and therefore, neither debtor(s) has any documentation to file pursuant to that section §521 (A) (1) (iv) of the Code.

Debtor is unemployed.

                                              Respectfully Submitted,

November 18, 2022          /s/ Michael A. Cibik
                                        Michael A. Cibik, Esquire
                                        CIBIK LAW, P.C.
                                        1500 Walnut Street, Suite 900
                                        Philadelphia, PA 19102
                                        (215) 735-1060