**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                          Chapter 13

                          Bankruptcy No. 22-12641-MDC

ROBIN NOVAK

3 N Columbus Boulevard
PL 263
Philadelphia, PA 19106

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  ROBIN NOVAK

  3 N Columbus Boulevard
  PL 263
  Philadelphia, PA 19106

Counsel for debtor(s), by electronic notice only.

  Michael I. Assad
  Cibik Law, P.C.
  1500 Walnut St, Ste 900
  Philadelphia, PA 19102-

Date: 12/1/2022

                                          /S/ Kenneth E. West
                                          _____
                                          Kenneth E. West, Esquire
                                          Chapter 13 Standing Trustee