United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 22-12641-mdc

Robin Novak                                                                     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 17, 2023 | Form ID: pdf900 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robin Novak, 3 N. Columbus Boulevard, PL 263, Philadelphia, PA 19106-1407 |
| 14726611 | + | Hladik Onorato & Federman, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 14728479 | + | Nationstar Mortgage LLC, C/O DENISE ELIZABETH CARLON, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14726621 | + | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14726620 | | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17120-0946 |
| 14726623 | + | Philadelphia Traffic Court, 800 Spring Garden Street, Philadelphia, PA 19123-2690 |
| 14726624 | + | Pier 3 Condominimum Assn, 3 North Columbus Blvd, Philadelphia, PA 19106-1466 |
| 14726651 | + | Pier 3 Condominium Association, c/o Sarah K. McCaffery, Esq, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 18 2023 04:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 18 2023 04:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14726606 | | Email/Text: megan.harper@phila.gov | Jan 18 2023 04:22:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14726607 | | Email/Text: megan.harper@phila.gov | Jan 18 2023 04:22:00 | City of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14726604 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 18 2023 04:28:12 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14729524 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 18 2023 04:28:07 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14726605 | + | Email/Text: bankruptcy@cavps.com | Jan 18 2023 04:22:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14726565 | + | Email/Text: bankruptcy@cavps.com | Jan 18 2023 04:22:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14726608 | + | Email/Text: bankruptcy@philapark.org | Jan 18 2023 04:23:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14726609 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 18 2023 04:23:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14726610 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 18 2023 04:28:10 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14726612 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 18 2023 04:22:00 | I.R.S., P.O. Box 7346, Philadelphia, PA |

District/off: 0313-2                                   User: admin                                            Page 2 of 3

Date Rcvd: Jan 17, 2023                               Form ID: pdf900                                         Total Noticed: 36

|  |  |  | 19101-7346 |
| 14726614 | ^ MEBN | | |
|  |  | Jan 18 2023 04:22:04 | KML Law Group, 701 Market St, Philadelphia, PA 19106-1541 |
| 14726615 | + Email/Text: PBNCNotifications@peritusservices.com | | |
|  |  | Jan 18 2023 04:22:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14734751 | Email/PDF: resurgentbknotifications@resurgent.com | | |
|  |  | Jan 18 2023 04:28:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14741060 | Email/Text: nsm_bk_notices@mrcooper.com | | |
|  |  | Jan 18 2023 04:22:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14727946 | + Email/Text: ext_ebn_inbox@navyfederal.org | | |
|  |  | Jan 18 2023 04:23:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14726616 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
|  |  | Jan 18 2023 04:22:00 | Nationstar, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14728320 | ^ MEBN | | |
|  |  | Jan 18 2023 04:22:04 | Nationstar Mortgage LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14726617 | + Email/Text: ext_ebn_inbox@navyfederal.org | | |
|  |  | Jan 18 2023 04:23:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrified, VA 22119-3000 |
| 14726618 | + Email/Text: ext_ebn_inbox@navyfederal.org | | |
|  |  | Jan 18 2023 04:23:00 | Navy Federal Cu, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14726619 | Email/Text: bankruptcygroup@peco-energy.com | | |
|  |  | Jan 18 2023 04:22:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14726622 | + Email/Text: bankruptcy@philapark.org | | |
|  |  | Jan 18 2023 04:23:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-2895 |
| 14726625 | + Email/Text: bncmail@w-legal.com | | |
|  |  | Jan 18 2023 04:22:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14726626 | + Email/Text: bncmail@w-legal.com | | |
|  |  | Jan 18 2023 04:22:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14726627 | + Email/Text: ECMCBKNotices@ecmc.org | | |
|  |  | Jan 18 2023 04:22:00 | U.S. Department of Education, ECMC/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 14743230 | Email/Text: EDBKNotices@ecmc.org | | |
|  |  | Jan 18 2023 04:22:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 14726628 | ^ MEBN | | |
|  |  | Jan 18 2023 04:21:51 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14726613 | * | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14727951 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

District/off: 0313-2                             User: admin                                Page 3 of 3

Date Rcvd: Jan 17, 2023                          Form ID: pdf900                            Total Noticed: 36

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2023                         Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Robin Novak mail@cibiklaw.com  cibiklawpc@jubileebk.net |
| MICHAEL I. ASSAD | on behalf of Debtor Robin Novak mail@cibiklaw.com  cibiklawpc@jubileebk.net |
| SARAH K. MCCAFFERY | on behalf of Creditor Pier 3 Condominium Association ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                        **Chapter 13**
ROBIN NOVAK


            **Debtor**            **Bankruptcy No.** 22-12641-MDC


# **O R D E R**

     **AND NOW**, this _____17th_____ day of _____January_____ 2023, upon consideration of the Motion
to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby
**ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

     **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from
payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a
Motion for Alternative Disbursement within 21 days of the entry of this Order.


_____
Magdeline D. Coleman
Chief U.S.  Bankruptcy Judge


Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
Michael I. Assad
Cibik Law, P.C.
1500 Walnut St, Ste 900
Philadelphia, PA 19102-


Debtor:
ROBIN NOVAK

3 N Columbus Boulevard
PL 263
Philadelphia, PA 19106